Andrea Issod (SBN 230920)
Marta Darby (SBN 310690)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5544
Fax: (510) 208-3140
andrea.issod@sierraclub.org
marta.darby@sierraclub.org

**Attorneys for Plaintiff Sierra Club**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, | Civil No. 17-cv-5273KAW |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendants. | |

I, Kelly Chang, certify and declare as follows:

I am over the age of 18 years old, and not a party to this action. My business address is 2101 Webster St., Suite 1300, Oakland, CA 94612, which is located in the county where the mailing took place.

On September 15, 2017, I served a copy of the following documents on the recipients listed below, via certified mail:

- Issued Summons
- Civil Cover Sheet
- Complaint for Declaratory and Injunctive Relief
- Exhibits A- H
- Notice of a Lawsuit and Request to Waive Service of Summons form
- Waiver of Service of Summons form
- Order Setting Initial Case Management Conference and ADR Deadlines
- Notice of Assignment to Magistrate Judge with Election Form
- Magistrate Judge Consent/Declination Form
- Magistrate Judge Westmore's Standing Order
- Settlement Conference Standing Order for Magistrate Judge Kandis A. Westmore
- Notice RE: Telephonic Appearance Procedures for Magistrate Judge Kandis A. Westmore
- Magistrate Judge Kandis A. Westmore Court's Trial Exhibit Tags
- Standing Order all Judges of the Northern Distric of California- Contents of Joint Case Management Statement
- U.S. District Court Filing Procedures (Oakland)
- ECF Registration Information
- Certificate of Service

| | |
|---|---|
| Scott K. Falk<br>Office of Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Ave. NW<br>Washington, DC 20229 | Acting General Counsel Joseph Maher<br>Office of General Counsel<br>U.S. Department of Homeland Security<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 202528-0485 |
| Attorney General Jeff Sessions<br>U.S. Department of Justice, 950<br>Pennsylvania Avenue NW,<br>Washington, D.C. 20530 | Brian Stretch<br>United States Attorney for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

1
2   I certify and declare under penalty of perjury under the laws of the State of
3   California that the foregoing is true and correct.
4   Executed on September 15, 2017        */s/Kelly Chang*
                                            Kelly Chang
5                                           Sierra Club
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21