ANDREA ISSOD (SBN 230920)
MARTA DARBY (SBN 310690)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5544
Fax: (510) 208-3140
andrea.issod@sierraclub.org
marta.darby@sierraclub.org

*Attorneys for Plaintiff Sierra Club*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, | Case Number: 17-5273 KAW |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendants. | |

Plaintiff Sierra Club and Defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection hereby stipulate to the filing of a First

Amended Complaint attached to this Stipulation as Attachment A. This First Amended Complaint corrects the submission date of FOIA request number CBP-2013-016845 and adds additional information about FOIA request number CBP-2017-054695. Under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the written consent of the opposing parties.

    By signing this stipulation, the counsel of each party listed below concur in the filing of the First Amended Complaint. By signing this stipulation, Defendants waive no claim or defense. Defendants shall have thirty days to respond to the First Amended Complaint after it is deemed filed. This stipulation is being filed through the Electronic Case Filing (ECF) system by Marta Darby of the Sierra Club Environmental Law Program. By her signature, she attests that Plaintiff Sierra Club has obtained concurrence in the filing of this document from each counsel signing the stipulation, as required under Civil Local Rule 5-1(i)(3). As the Civil Local Rules provide, copies of the signature pages have been scanned and attached. N.D. Cal. L.R. 5-1(i)(3).

Dated: Dec. 4, 2017    Respectfully submitted,

*/s/ Marta Darby*
MARTA DARBY
Attorney for Plaintiff
SIERRA CLUB
2101 Webster St., Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5779
Fax: (510) 208-3140
marta.darby@sierraclub.org

Dated: ___Dec. 4____, 2017         /s/   David Pereda

DAVID PEREDA
Assistant United States Attorney
Attorney for Federal Defendants
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3701
Fax: (510) 637-3724
David.Pereda@usdoj.gov

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___12/5/17_____        *Kandis Westmore* (signature)

KANDIS A. WESTMORE
United States Magistrate Judge