1  ANDREA ISSOD (SBN 230920)
   MARTA DARBY (SBN 310690)
2  Sierra Club Environmental Law Program
   2101 Webster Street, Suite 1300
3  Oakland, CA 94612
   Telephone: (415) 977-5544
4  Fax: (510) 208-3140
   andrea.issod@sierraclub.org
5  marta.darby@sierraclub.org

6  Attorneys for Plaintiff Sierra Club

7
   ALEX G. TSE (CABN 152348)
8  Acting United States Attorney
   SARA WINSLOW (DCBN 457643)
9  Chief, Civil Division
   ANN MARIE REDING (CABN 226864)
10 Assistant United States Attorney

11     1301 Clay Street, Suite 340S
       Oakland, California 94612
12     Telephone: (510) 637-3680
       FAX: (510) 637-3724
13     annie.reding@usdoj.gov

14 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, | CASE NO. 17-cv-05273-KAW |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER VACATING SETTLEMENT CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendants. | |

Plaintiff Sierra Club ("Plaintiff") and Defendants United States Department of Homeland Security and U.S. Customs and Border Protection ("Defendants"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW

This case is currently set for a mandatory settlement conference before Magistrate Judge Maria-Elena James on April 3, 2018. Dkt. No. 24. The case is also currently set for a further case management conference on April 24, 2018 before Magistrate Judge Kandis A. Westmore. Dkt. No. 23.

On March 26, 2018, the parties agreed that Defendants will conduct new searches for documents responsive to Plaintiff's Freedom of Information Act requests using search terms agreeable to both parties. The parties further agreed to the following production schedule: Defendants will begin with the 2013 request and agrees to produce 1,000 pages per month for six months with respect to this request. Defendants will make their first production of 1,000 pages by May 31 or sooner. After six months, Defendants will continue to produce responsive non-exempt documents at a rate of 750 pages per month until the 2013 search is complete. Once the 2013 request has been completed, Defendants will produce documents responsive to the remaining requests at a rate of 750 pages per month until completed. If Defendants receive an unreasonably high volume of documents responsive to any of the requests, it will contact Plaintiff, through the parties' respective counsel, and discuss further limitations to the search parameters.

Based on the foregoing, the parties stipulate and agree that there is no need for the April 3, 2018 settlement conference. The parties respectfully request that the settlement conference be vacated. The parties may request that the Court set a new settlement conference after Defendants' productions have been completed, should it be necessary. The parties further respectfully request that the April 24, 2018 case management conference be continued until July 17, 2018.

Dated: March 27, 2018

Respectfully submitted,

SIERRA CLUB ENVIRONMENTAL LAW PROGRAM

/s/ Andrea Issod
ANDREA ISSOD
Attorneys for Plaintiff

Dated: March 27, 2018

Respectfully submitted,
ALEX G. TSE
Acting United States Attorney

/s/ Ann Marie Reding
ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendants

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW

| | **[PROPOSED] ORDER** |
|---|---|
| 1 | |

Pursuant to the stipulation by the parties, the Court hereby vacates the April 3, 2018 settlement conference before Magistrate Judge Maria-Elena James, and all related dates. The Court also continues the April 24, 2018 case management conference to July 17, 2018 at 1:30 p.m. before Magistrate Judge Kandis A. Westmore. The parties shall file a joint case management conference statement on or before July 10, 2018.

IT IS SO ORDERED.

Dated: 3/29/18

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE