1 ANDREA ISSOD (SBN 230920)
MARTA DARBY (SBN 310690)
2 Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
3 Oakland, CA 94612
Telephone: (415) 977-5544
4 Fax: (510) 208-3140
andrea.issod@sierraclub.org
5 marta.darby@sierraclub.org

6 Attorneys for Plaintiff Sierra Club

7

ALEX G. TSE (CABN 152348)
8 Acting United States Attorney
SARA WINSLOW (DCBN 457643)
9 Chief, Civil Division
JULIE BIBB DAVIS (CABN 184957)
10 Assistant United States Attorney

11     450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
12     Telephone: (415) 436-7066
    FAX (415) 436-7169
13     Julie.Davis@usdoj.gov

14 Attorneys for Defendants

15 UNITED STATES DISTRICT COURT

16 NORTHERN DISTRICT OF CALIFORNIA

17 OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, | CASE NO. 17-cv-05273-KAW |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendants. | |

        Plaintiff Sierra Club ("Plaintiff") and Defendants United States Department of Homeland Security and U.S. Customs and Border Protection ("Defendants"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW

1   This case is set for a case management conference on July 17, 2018 before Magistrate Judge Kandis A. Westmore. Dkt. No. 29.

On March 26, 2018, the parties agreed to a production schedule that requires Defendants to conduct new searches for documents responsive to Plaintiff's Freedom of Information Act requests using search terms agreeable to both parties. See Dkt. No. 29.

On May 31, the agency produced 1,009 pages of documents, and on June 25, the agency produced about 1,100 pages. All but 132 of the pages in the June 25 production contained redactions. Both productions included many pages that were redacted in full or nearly so. The agency cited various FOIA exemptions or "non-responsive" to justify most redactions, but no other explanation was provided. The primary FOIA exemptions cited were FOIA exemptions (b)(5), (b)(6), and (b)(7)(E). On July 6, counsel for the parties conferred about the documents produced to date and agreed to continue to confer over the next month about the production thus far to attempt to resolve Sierra Club's concerns about the high level of redaction. The parties agreed that they would jointly move to continue the July 17, 2018 case management conference in light of these ongoing discussions.

Based on the foregoing, the parties respectfully request that the July 17, 2018 case management conference be continued until August 21, 2018.

Respectfully submitted,

Dated: July 10, 2018          SIERRA CLUB ENVIRONMENTAL LAW PROGRAM

/s/ Marta Darby
MARTA DARBY
Attorney for Plaintiff

Respectfully submitted,
Dated: July 10, 2018          ALEX G. TSE
Acting United States Attorney

/s/ Julie Bibb Davis
JULIE BIBB DAVIS
Assistant United States Attorney
Attorneys for Defendants

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the stipulation by the parties, the Court hereby continues the July 17, 2018 case management conference to August 21, 2018 at 1:30 p.m. before Magistrate Judge Kandis A. Westmore. The parties shall file a joint case management conference statement on or before August 14, 2018. |
| 5 | IT IS SO ORDERED. |

# [PROPOSED] ORDER

Pursuant to the stipulation by the parties, the Court hereby continues the July 17, 2018 case management conference to August 21, 2018 at 1:30 p.m. before Magistrate Judge Kandis A. Westmore. The parties shall file a joint case management conference statement on or before August 14, 2018.

IT IS SO ORDERED.

Dated: 7/16/18

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW