ANDREA ISSOD (CABN 230920)
JOSHUA SMITH (ORBN 071757) *admitted pro hac vice*
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5544
Fax: (510) 208-3140
andrea.issod@sierraclub.org
joshua.smith@sierraclub.org

*Attorneys for Plaintiff Sierra Club*

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 432163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7025
Fax: (415) 436-7234
pamela.johann@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 17-cv-05273-KAW<br><br>STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiff Sierra Club ("Plaintiff") and Defendants United States Department of Homeland Security and U.S. Customs and Border Protection ("Defendants"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

This case is set for a case management conference on February 22, 2022 before Magistrate Judge Kandis A. Westmore. Dkt. No. 79.

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW

On March 26, 2018, the parties agreed to a production schedule that requires Defendants to conduct searches for documents responsive to Plaintiff's Freedom of Information Act requests using search terms agreeable to both parties. *See* Dkt. No. 30. The agency has now completed productions for the 2013 and 2017 FOIA Requests, and has been producing documents on the 2016 FOIA Request for over a year pursuant to the production schedule in place. The agency will continue monthly productions at approximately 1,200 pages a month until the 2016 FOIA Request is complete, which the agency anticipates will take several years.

Sierra Club continues to have concerns about the scope and nature of the redactions, and the parties have been meeting and conferring in an attempt to address these questions. To the extent that Sierra Club identifies particular redaction concerns in specific documents, Defendants have agreed to provide additional information and, where appropriate, re-evaluate redactions on a rolling basis. Although Sierra Club has continuing concerns regarding the extent of redactions, the agency has been responsive to Sierra Club's questions, and the parties are continuing to work together in good faith on production and redaction issues to attempt to resolve Sierra Club's concerns.

In light of these ongoing meet and confer discussions, the parties agree that there is no need for a case management or settlement conference at this time. The parties respectfully request that the February 22, 2022 case management conference be continued until August 23, 2022, or as soon thereafter as may be convenient for the Court.

Respectfully submitted,

Dated: February 15, 2022                SIERRA CLUB ENVIRONMENTAL
                                        LAW PROGRAM

                                        /s/ Andrea Issod
                                        ANDREA ISSOD
                                        *Attorney for Plaintiff*

Dated: February 15, 2022                STEPHANIE M. HINDS
                                        United States Attorney

                                        /s/ Pamela T. Johann
                                        PAMELA T. JOHANN
                                        Assistant United States Attorney
                                        *Attorneys for Defendants*

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW

## [PROPOSED] ORDER

Pursuant to the stipulation by the parties, the Court hereby continues the February 22, 2022 case management conference to August 23, 2022 at 1:30 p.m., before Magistrate Judge Kandis A. Westmore. The parties shall file a joint case management conference statement on or before February 15, 2022.

IT IS SO ORDERED.

Dated:

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW