ANDREA ISSOD (CABN 230920)
JOSHUA SMITH (ORBN 071757) *admitted pro hac vice*
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5544
Fax: (510) 208-3140
andrea.issod@sierraclub.org
joshua.smith@sierraclub.org

*Attorneys for Plaintiff Sierra Club*

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 432163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7025
Fax: (415) 436-7234
pamela.johann@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>      Defendants. | CASE NO. 17-cv-05273-KAW<br><br>STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiff Sierra Club ("Plaintiff") and Defendants United States Department of Homeland Security and U.S. Customs and Border Protection ("Defendants"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

This case is set for a case management conference on February 21, 2023 before Magistrate Judge Kandis A. Westmore. Dkt. No. 86.

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW

On March 26, 2018, the parties agreed to a production schedule that required Defendants to conduct searches for documents responsive to Plaintiff's Freedom of Information Act requests using search terms agreeable to both parties. *See* Dkt. No. 30. Since that time, the agency produced monthly productions at approximately 1,200 pages a month. Recently the Sierra Club communicated that it was not interested in any further documents, and the agency ceased productions. The parties agree that all substantive issues arising from Plaintiff's FOIA requests have been resolved.

The parties are now in settlement conversations regarding Sierra Club's claim for attorneys' fees and costs. In light of these discussions, the parties agree that there is no need for a case management or settlement conference at this time. The parties respectfully request that the February 21, 2023 case management conference be continued until May 9, 2023, or as soon thereafter as may be convenient for the Court.

Respectfully submitted,

Dated: February 13, 2023                 SIERRA CLUB ENVIRONMENTAL
                                         LAW PROGRAM

                                         /s/ Andrea Issod
                                         ANDREA ISSOD
                                         *Attorney for Plaintiff*

Dated: February 13, 2022                 STEPHANIE M. HINDS
                                         United States Attorney

                                         /s/ Pamela T. Johann
                                         PAMELA T. JOHANN
                                         Assistant United States Attorney
                                         *Attorneys for Defendants*

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW

**[PROPOSED] ORDER**

Pursuant to the stipulation by the parties, the Court hereby continues the February 21, 2023 case management conference to May 9, 2023 at 1:30 p.m., before Magistrate Judge Kandis A. Westmore. The parties shall file a joint case management conference statement on or before May 2, 2023.

IT IS SO ORDERED.

Dated:

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIP AND PROPOSED ORDER
Case No. 17-cv-05273-KAW